# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TENNESSEE
## SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No.: 17-14227 SDR |
| **JESSICA BRYANT SNYDER,** | Chapter 13 |
| Debtor(s) | |

## MOTION FOR RULE 2004 EXAMINATION

The debtor, Jessica Bryant Snyder, requests an order authorizing the movant to conduct a Rule 2004 examination, and makes the following representations in support of this request:

1. The movant seeks to examine Self Help Venture Fund.

2. The examination is needed to inquire into matters of the type described in Fed. R. Bankr. P. 2004(b), including the following: documentation of all the actual payments allegedly made on page 2 of the Exhibit to the Notice of Mortgage Payment Change filed 2/7/19. This documentation needs to include the invoices and the proof of payment of those amounts totaling $5,250.59 along with the county taxes listed under table 2 of the escrow activity history.

MARK T. YOUNG & ASSOCIATES

By:   /s/ Mark T. Young
      Mark T. Young        05303
      Attorney for Debtor(s)
      2895 Northpoint Blvd
      Hixson, TN 37343
      Phone: (423) 870-5225
      Fax:   (423) 877-0363
      Email: marky@marktyoung.com

## **CERTIFICATE OF SERVICE**

I certify that the foregoing paper will be served electronically on the entities specified in the Notice of Electronic Filing to be issued by the electronic case filing system. I further certify that the foregoing paper was served by mail on the following, at the following addresses, on this date [*or*] on May 7, 2019:

Roundpoint Mortgage Servicing
Corporation
5016 Parkway Plaza Blvd.
Suite 200
Charlotte, NC 28217

Natalie Brown
Rubin Lublin TN, PLLC
119 S. Main Street, Suite 500
Memphis, TN 38103

This the 7th day of May, 2019.

/s/ Mark T. Young
Mark T. Young                    005303
Attorney for Debtor(s)
2895 Northpoint Blvd
Hixson, TN  37343
Phone: (423) 870-5225
Fax:    (423) 877-0363
Email: marky@marktyoung.com