**SO ORDERED.**
**SIGNED this 8th day of May, 2019**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____
Shelley D. Rucker
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

| In re: | ) | Case No.: 17-14227 SDR |
|---|---|---|
|  | ) |  |
| JESSICA BRYANT SNYDER, | ) | **Chapter 13** |
|  | ) |  |
|  | ) |  |
| Debtor(s). |  |  |

## ORDER

This case is before the court on a motion for a Rule 2004 examination filed by the debtor. Because it appears that the movant is entitled to the relief sought, it is hereby

ORDERED that the motion is granted. The attendance of Self Help Ventures Fund and for examination and/or for the production of documents may be compelled as provided in Rules 2004(c) and 9016 of the Federal Rules of Bankruptcy Procedure.

###

APPROVED:

MARK T. YOUNG & ASSOCIATES

By:   <u>/s/ Mark T. Young</u>
       Mark T. Young     05303
       Attorney for Debtor(s)
       2895 Northpoint Blvd
       Hixson, TN  37343
       (423) 870-5225