**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Case No.: 17-14227 SDR** |
| | ) | |
| **Jessica Bryant Snyder,** | ) | |
| | ) | **Chapter 13** |
| | ) | |
| | ) | |
| **Debtor(s)** | ) | |

**NOTICE OF WITHDRAWAL OF OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE**

The debtor's attorney filed a Notice of Mortgage Payment Change, document #36 on 5/7/19.

Based upon the foregoing, the debtor's attorney requests that the document number 36 be withdrawn.

MARK T. YOUNG & ASSOCIATES

BY: /s/ Mark T. Young
Mark T. Young                    05303
Attorney for Debtor(s)
2895 Northpoint Blvd
Hixson, TN 37343
423/ 870-5225